# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

135859

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROY MARK BAUMGART,
        Plaintiff-Appellee,

v

STATE OF MICHIGAN, DEPARTMENT OF
TREASURY and DEPARTMENT OF
ATTORNEY GENERAL,
        Defendants-Appellants.

SC: 135859
COA: 279142
Oakland CC: 2004-056818-CZ
Court of Claims: 03-000132-MK

_____/

On order of the Court, the application for leave to appeal the January 16, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk